No. 97–633.  WHITEFORD *v.* PENNSYLVANIA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 97–649.  ASAM *v.* HANCOCK, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA.  C. A. 11th Cir.  Certiorari denied.

No. 97–654.  MEDINA, PARENT OF MEDINA, DECEASED, ET AL. *v.* DEVINE, JUDGE, 190TH JUDICIAL DISTRICT COURT, HARRIS COUNTY, TEXAS.  C. A. 5th Cir.  Certiorari before judgment denied.

No. 97–655.  KLIMAS *v.* KARAGOZIAN ET AL.  C. A. 9th Cir. Certiorari denied.

No. 97–662.  HARTFORD STEAM BOILER INSPECTION & INSURANCE CO. *v.* I/N KOTE.  C. A. 7th Cir.  Certiorari denied.

No. 97–678.  HERZOG *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 97–684.  PATCH *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–690.  COMMERCIAL REALTY ST. PETE, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION.  C. A. D. C. Cir.  Certiorari denied.

No. 97–694.  ROACH *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 97–700.  DANIELS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 97–703.  RIMELL *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 97–708.  DELUCA *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 97–5051.  DIGIOVANNI *v.* PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 97–5145.  DAUGHTRY *v.* DENNEHY.  C. A. 1st Cir.  Certiorari denied.